UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 5 2008
6-25-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) **08CR 510**
)
EDER H. ROJAS ) CASE NUMBER: _____

MAGISTRATE JUDGE KEYS

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before ARLANDER KEYS, a United States Magistrate Judge, and being duly sworn on oath, states: that at the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA, one EDER H. ROJAS, was charged in a criminal complaint and indictment with one count of knowingly and willfully setting fire to an aircraft in the special aircraft jurisdiction of the United States and a civil aircraft used, operated, and employed in interstate and foreign air commerce, in violation of Title 18, United States Code, Section 32(a)(1) and that based on the pretrial conditions of release resulting from that charge, a warrant for the arrest of one EDER H ROJAS was issued for violation of conditions of pretrial release ordered by the Court June 5, 2008, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Criminal Complaint, Indictment and Arrest Warrant).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Sean Burke
Special Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
25th Day of June, 2008

_____
ARLANDER KEYS
United States Magistrate Judge

AUSA Bethany K. Biesenthal

JUN 25'2008 10:15 FR US ATTY FARGO ND 17012977405 TO 913123534324 P.02

Case 1:08-cr-00510   Document 1   Filed 06/25/2008   Page 2 of 10
Case 3:08-cr-00045-RSW *SEALED*   Document 18 (Court only)   Filed 06/24/2008   Page 1 of 2

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

Southeastern Division - District of North Dakota

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

Eder H. Rojas

Case Number: 3:08-cr-45

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Eder H. Rojas** and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation of Pretrial Release

charging him with (brief description of offense):
violation of conditions of pretrial release ordered by the Court June 5, 2008;

in violation of Title United States Code, Section(s)



ROBERT ANSLEY
Name of Issuing Officer
*JoAnn Ordahl*

CLERK
Title of Issuing Officer

Signature of Issuing Officer - JoAnn Ordahl

June 24, 2008, - Fargo, North Dakota
Date and Location

Bail Fixed at $ **(BOND TO BE DETERMINED AT INITIAL APPEARANCE BEFORE JUDICIAL OFFICER)**

BY U.S. Magistrate Judge Karen K. Klein
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

JUN 25'2008 10:15 FR US ATTY FARGO ND     17012977405 TO 913123534324     P.03
Case 1:08-cr-00510   Document 1   Filed 06/25/2008   Page 3 of 10
Case 3:08-cr-00045-RSW *SEALED*   Document 18 (Court only)   Filed 06/24/2008   Page 2 of 2

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF  NORTH DAKOTA

UNITED STATES OF AMERICA
V.
Eder H. Rojas

CRIMINAL COMPLAINT

Case Number: 3:08mj33

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  May 7, 2008,  in  Cass  County, in the _____ District of  North Dakota , defendant(s) did,
(Date)

(Track Statutory Language of Offense)
knowingly and willfully set fire to Compass Airlines Flight 2040, which was an aircraft in the special aircraft jurisdiction of the United States and a civil aircraft used, operated, and employed in interstate and foreign air commerce,

in violation of Title  18  United States Code, Section(s)  32(a)(1)  .

I further state that I am a(n)  Special Agent with the FBI  and that this complaint is based on the following facts:
Official Title

see attached Affidavit.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_____
Signature of Complainant

TROY BREITENBACH, Special Agent, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

5/15/2008                                                          at   Fargo            ND
Date                                                                       City              State

KAREN K. KLEIN         U. S. Magistrate Judge    _____
Name of Judge          Title of Judge              Signature of Judge

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NORTH DAKOTA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Troy A. Breitenbach, ("affiant"), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Minneapolis Division, Fargo, North Dakota, Resident Agency, being duly sworn, depose and state as follows to wit:

1. Your affiant is employed as a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since February 2004. As part of my duties as an FBI Special Agent, I investigate federal violations concerning Crimes Aboard Aircrafts. I have gained experience through daily work related to conducting these types of investigations.

2. The information contained in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officials, and information from records checks conducted by law enforcement officials and support employees. As this affidavit is being submitted for the limited purpose of filing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the requested arrest warrant. However, even though your affiant has not included every fact known to date in this investigation, your affiant does not believe anything has been omitted which would reduce or vitiate the probable cause set forth herein.

3. This application is in support of a Criminal Complaint concerning Eder H. Rojas, an adult, date of birth 12/10/1988, whom your affiant asserts willfully set fire to an aircraft on or about May 7, 2008, in violation of Title 18, United States Code, Section 32(a)(1).

## RELEVANT STATUTES

4. As is relevant here, Title 18, United States Code, Section 32(a)(1), states:

(a) Whoever willfully--

(1) sets fire to, damages, destroys, disables, or wrecks any aircraft in the special aircraft jurisdiction of the United States or any civil aircraft used, operated, or employed in interstate, overseas, or foreign air commerce;

shall be fined under this title or imprisoned not more than twenty years or both.

## BACKGROUND

5. On May 07, 2008, at approximately 11:45 P.M.; agents from the Minneapolis Division, Fargo Resident Agency, Fargo, North Dakota (ND), Federal Bureau of Investigation, responded to the Hector International Airport, Fargo, ND, after receiving information that

Northwest/Compass Airlines Flight 2040, with service from Minneapolis, Minnesota, to Regina, Saskatchewan, made an emergency landing due to a fire that broke out in the rear lavatory of the airplane. The aircraft had approximately 72 passengers and 4 crew members aboard at the time.

6. The pilot, Steve Peterka, was interviewed at the scene and said that approximately 35 minutes into the flight, the indicator light went on in the cockpit indicating smoke in the rear lavatory. The pilot called one of the flight attendants to ask them to check the rear lavatory. The investigation identified that flight attendant to be Eder Rojas, who was assigned responsibility for serving passengers in the rear of the aircraft on that flight and whose seat was jump seat adjacent to the door of the rear lavatory. Rojas was also interviewed at that time and he said that when he opened the rear lavatory door, he saw smoke and flames coming out of the napkin/paper towel compartment which is built into the wall of the lavatory. He, the other flight attendant, and a passenger put the fire out utilizing fire extinguishers that were onboard. The pilot was notified by a flight attendant of the situation and made an emergency landing in Fargo, ND. The passengers exited the plane and were temporarily housed in the gate area pending interviews. The Fargo Police Department (FPD) also responded to the airport to assist the FBI with interviewing all of the passengers. Among items removed from the aircraft during the investigation and maintained as evidence was a lighter found in an overhead bin near the rear of the aircraft. Representatives from the airline advised that the remains of the lavatory will need to be removed and replaced from the aircraft. Once removed, it is likely that those remains will be preserved as evidence by the FBI.

7. Representatives from the National Transportation Safety Board (NTSB) informed the FBI that after they inspected the aircraft, it was determined that the fire was not a result of mechanical or electrical failure onboard the aircraft. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) also assisted with the investigation, and were onboard the aircraft to assess the crime scene. ATF Special Agent Burt Rutter, who has extensive training and experience in arson investigation, observed the lavatory and items removed from it and came to the conclusion that the fire was intentionally set inside the napkin/paper towel compartment, with the most likely ignition point being an extra packet of paper towels inside the cabinet. The pilots, as well as the flight attendants, advised that Rojas made a request for additional paper towels and tissue to be refilled prior to departing Minneapolis. A ground crew worker delivered those items to Rojas, who stated he (Rojas) was the one who placed the towels in the door where the dispensers are housed.

8. On 05/14/2008, Rojas was again questioned by Special Agents of the FBI at the FBI Minneapolis Division Headquarters regarding the fire that occurred onboard Northwest/Compass Airlines flight 2040 on May 7, 2008. At that time, Rojas made oral and written statements to FBI special agents who informed affiant that Rojas said he was mad at the airline for making him work the route that he was on and admitted that he deliberately started the fire. Rojas further stated that he had taken the lighter from another flight attendant's home earlier that day. Rojas stated that he placed the lighter in his pocket and had it with him as he went through the TSA Security checkpoint at the airport, then brought it with him on to the airplane. Rojas further stated that he was preparing his cart to serve the passengers, he set the cart up, went back to the lavatory and reached in with his right hand and lit the paper towels

JUN-25-2008 08:44   FBI FARGO, ND                               701 237 9948   P.05/09
Case 1:08-cr-00510   Document 1   Filed 06/25/2008   Page 7 of 10

with the lighter. Rojas said that he had dropped the lighter somewhere, but did not specify the location.

9. At the conclusion of the interview, Rojas was placed under arrest and transported to the Ramsey County Jail pending his initial appearance before a United States Magistrate Judge.

## CONCLUSION

10. Based upon the above information, your affiant asserts that this affidavit establishes probable cause to believe that Eder H. Rojas, date of birth 12/10/1988, willfully set fire to an aircraft on or about May 7, 2008, in violation of Title 18, United States Code, Section 32(a)(1).

11. In consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for Eder H. Rojas, date of birth 12/10/1988.

TROY A. BREITENBACH, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 15th DAY
OF MAY, 2008.

KAREN K. KLEIN
United States Magistrate Judge
District of North Dakota

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-45 |
| | ) | |
| -vs- | ) | **ORDER FOR ISSUANCE OF ARREST WARRANT** |
| | ) | |
| EDER H. ROJAS, | ) | |
| Defendant. | ) | |

RECEIVED UNITED STATES MARSHALS
2008 JUN 24 AM 10:22
DISTRICT OF NORTH DAKOTA

The United States having filed an Ex Parte Motion for Revocation of Conditional Release and Request for Warrant and Brief in Support of Motion for Revocation of Conditional Release and Request for Warrant requesting the issuance of a bench warrant for the arrest of defendant Eder H. Rojas for violation of the conditions of pretrial release ordered by the Court, and the Court having considered the United States' motion and brief in support of its motion; the Affidavit of Troy A. Breitenbach, Special Agent of the Federal Bureau of Investigation; and all files in the above-captioned case,

THE COURT FINDS that there is probable cause to believe that the defendant has violated the terms and conditions of pretrial release ordered by the Court in the above-captioned case on June 5, 2008, by United States Magistrate Judge Karen K. Klein;

WHEREFORE, IT IS ORDERED that, pursuant to 18 U.S.C. § 3148, a bench warrant shall issue for the arrest of defendant Eder H. Rojas for violating the terms and conditions of his conditional release set forth in the Court's Order dated June 5, 2008, in

*CERTIFIED COPY*
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By _____
Deputy Clerk

JUN-25-2008 08:45 FBI FARGO, ND 701 237 9948 P.08/09
Case 1:08-cr-00510 Document 1 Filed 06/25/2008 Page 9 of 10
Case 3:08-cr-00045-RSW *SEALED* Document 17 (Court only) Filed 06/24/2008 Page 2 of 2

the above-captioned case and that he be immediately arrested and brought before the nearest United States Magistrate Judge.

Dated this __23rd__ day of June, 2008.

/s/ *Karen K. Klein*
Karen K. Klein
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
|---|---|---|
| | ) | |
| | ) | Case No. _____ |
| -vs- | ) | |
| | ) | Violation: 18 U.S.C. § 32(a)(1) |
| | ) | |
| EDER H. ROJAS | ) | |

**Setting Fire Aboard an Aircraft**

The Grand Jury Charges:

On or about May 7, 2008, in the District of North Dakota,

EDER H. ROJAS

did knowingly and willfully set fire to Compass Airlines Flight 2040, which was an aircraft in the special aircraft jurisdiction of the United States;

In violation of Title 18, United States Code, Section 32(a)(1).

A TRUE BILL:

_____
MARK KELLER, Foreperson

_____
DREW H. WRIGLEY
United States Attorney

LCJ:tla