# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 510 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Eder H Rojas | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. The defendant appears in response to arrest on 6/25/08. The defendant is informed of his rights. Enter order appointing Joel Bischoff as counsel for defendant. Detention hearing held. The Defendnat is ordered removed to the District of North Dakota voluntarily. The Defendant is ordered released *AK*

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | AC |
|---|---|---|