

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. ~~Erek~~ Eder Rojas

FILED JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED JUN 2 5 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

**PERSON REPRESENTED:** Eder Rojas

**DOCKET NUMBERS**
District Court: 08CR510

Defendant status: ☒ 1 Defendant - Adult

**CHARGE/OFFENSE:** 18 USC Sec 32(a)(1) ☒ Felony

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ No
- IF NO, give month and year of last employment: (blank)
- If married is your Spouse employed? ☒ No

**ASSETS**
- OTHER INCOME: (blank)
- CASH: (blank)
- PROPERTY: ☒ No

**DEPENDENTS**
- Marital Status: ☒ SINGLE
- Total No. of Dependents: 0

**OBLIGATIONS & DEBTS**
- APARTMENT OR HOME: lives w/ parents

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]