

**MICHAEL W. DOBBINS**
**CLERK**

# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

June 30, 2008

Mr. Rob Ansley
Clerk
United States District Court
Post Office Box 1193
Bismarck, ND 58502-1193

RE: U.S.A.  vs. Eder H. Rojas
Case No: 08cr510-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

| | |
|---|---|
| (x) Docket Sheet | ( )Temporary Commitment |
| (x) Affidavit in Removal Proceedings | ( ) Final Commitment |
| (x) Financial Affidavit | (x) Order of Removal |
| ( ) Order appointing counsel | (x) Order setting conditions of release |
| ( ) CJA 20 Form | ( ) Detention Order |
| (x) Appearance form | (x) Appearance Bond |
| ( ) Other | ( ) Pretrial Release Order |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By:_____
/s/  Ellenore Duff, Deputy Clerk